**JS-6**

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANNA LE, an individual<br><br>Plaintiff,<br><br>v.<br><br>TRUSTAGE FINANCIAL GROUP, INC, AMERICAN MEMORIAL LIFE INSURANCE COMPANY, CUNA MUTUAL GROUP, CMFG LIFE INSURANCE COMPANY and DOES 1-10,<br><br>Defendants. | Case No. CV 24-8569-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [24]** |

Having considered the Stipulation for Dismissal filed pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure by Plaintiff ANNA LE, and Defendants, TRUSTAGE FINANCIAL GROUP, INC., AMERICAN MEMORIAL LIFE INSURANCE COMPANY, CUNA MUTUAL GROUP, and CMFG LIFE INSURANCE COMPANY, by and through their respective counsel of record, and good and sufficient cause existing therefor, the Court **APPROVES** the Stipulation for Dismissal.

IT IS HEREBY ORDERED that the above-captioned action, and all claims asserted therein, are dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED: September 15, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE